# IN THE SUPREME COURT OF THE STATE OF NEVADA

THE BOURASSA LAW GROUP, LLC,
    Appellant/Cross-Respondent,
        vs.
MCDONALD CARANO WILSON LLP, A
NEVADA LIMITED LIABILITY
PARTNERSHIP,
    Respondent/Cross-Appellant.
        and
CALIFORNIA BACK SPECIALISTS
MEDICAL GROUP, INC., A
CALIFORNIA CORPORATION;
CALIFORNIA MINIMALLY INVASIVE
SURGERY CENTER, AN UNKNOWN
ENTITY; CONEJO NEUROLOGICAL
MEDICAL GROUP, INC., A
CALIFORINIA CORPORATION;
MEDICAL IMAGING MEDICAL
GROUP, AN UNKNOWN ENTITY;
THOUSAND OAKS SPINE MEDICAL
GROUP, INC., A CALIFORNIA
CORPORATION; AND OASIS LEGAL
FINANCE, LLC, A FOREIGN ILLINOIS
LIMITED LIABILITY COMPANY,
    Respondents.

No. 70547

FILED

DEC 05 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEALS

Appellant/cross-respondent and respondent/cross-appellant have each filed a notice of withdrawal of appeal. We treat the notices as motions to dismiss the appeals and grant the motions. These appeals are dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

16-37604

cc: Hon. Ronald J. Israel, District Judge
Bourassa Law Group, LLC
Boyack Orme & Taylor
McDonald Carano Wilson LLP/Las Vegas
California Back Specialists Medical Group, Inc.
California Minimally Invasive Surgery Center
Conejo Neurological Medical Group, Inc.
Medical Imaging Medical Group
Thousand Oaks Spine Medical Group, Inc.
Eighth District Court Clerk